UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
CIVIL ACTION NO. 6:16-193-DLB

UNITED STATES OF AMERICA,                                                               PLAINTIFF

V.              **ANSWER OF CITIZENS NATIONAL BANK**

ESTATE OF SUE C. MEADOWS, *et al.*                                                  DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes the Defendant, Citizens National Bank, by and through the undersigned counsel, and for its Answer to the Complaint, states as follows:

1. This answering Defendant is without sufficient knowledge to either admit or deny the allegations contained within paragraph number 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14 of the Plaintiff's Complaint; therefore, the same are denied.

2. With regard the Complaint's paragraph number 15, this answering Defendant admits that it has an interest in the property by virtue of a Judgment Lien, recorded on April 13, 2016, in Encumbrance Book 39, Page 525 in the McCreary County Clerk's Office, Kentucky, and further admits that a true and accurate copy of said Judgment Lien is attached to the Complaint as Exhibit H. The remainder of the Complaint's paragraph number 15 is denied.

3. This answering Defendant is without sufficient knowledge to either admit or deny the allegations contained within paragraph number 16 of the Plaintiff's Complaint; therefore the same is denied.

4. This answering Defendant denies the allegations contained within paragraph number 17 of the Plaintiff's Complaint.

5. This answering Defendant is without sufficient knowledge to either admit or deny the allegations contained within paragraph number 18 of the Plaintiff's Complaint; therefore the same is denied.

6. The Plaintiff's Complaint fails to state the claim upon which relief can be granted.

7. This answering Defendant reserves the right to assert any and all other affirmative defenses available to it under the Federal Rules of Civil Procedure as they may become known through discovery.

**WHEREFORE**, the Defendant, Citizens National Bank, demands as follows:

A. That is recover all amounts due and owing it by virtue of the above-referenced Judgment Lien;

B. That the interest of Citizens National Bank be held superior to any and all other liens except for Ad Valorem taxes;

C. For its costs herein; and

D. For any and all other relief to which it may appear entitled.

Respectfully Submitted,

/s/ John Sanders Gillum
John Sanders Gillum
Gillum & Gillum
117 North Main Street
P.O. Box 1147
Somerset, Kentucky 42502
Phone: 606-679-9222
Fax:    606-678-2554
*Attorney for Citizens National Bank*

## **CERTIFICATE OF SERVICE**

      It is hereby certified that on October 12, 2016 a copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Lauren B. Durham
Foreman, Watson, Holtrey, LLP
530 Frederica Street
Owensboro, KY 42301

                                                  /s/ John S. Gillum
                                                  Counsel for Citizens National Bank