**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:16-cv-00193-DLB**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.

ESTATE OF SUE C. MEADOWS, et al.                                                      DEFENDANTS

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes the Plaintiff, United States of America, by and through counsel and hereby respectfully moves the Court for an order granting leave to file an Amended Complaint in the above-referenced matter. In support of this Motion, the Plaintiff states as follows:

1. The Complaint was filed in this matter on September 6, 2016.

2. At the time that the Complaint was filed the probate case for Sue C. Meadows was open and therefore the estate of Sue C. Meadows and her heirs listed in the probate case were named as parties to the above-referenced action.

3. The Plaintiff has since discovered that the probate case will likely be settled and closed before the foreclosure action at hand is resolved, therefore, the Plaintiff wishes to amend its complaint to join the unknown spouses of each of the heirs of Sue C. Meadows as parties to this action to ensure that all potential interests in the property are accounted for.

Therefore, the Plaintiff, United States of America, respectfully requests an Order granting leave to file an Amended Complaint. A copy of the Amended Complaint to be filed in this matter has been attached hereto and is incorporated herein by reference.

                      Respectfully Submitted,

                      By: /s/ Lauren B. Durham
                      Attorney for the Plaintiff:
                      James S. Watson/ Lauren B. Durham
                      Foreman Watson Holtrey, LLP
                      530 Frederica Street
                      Owensboro, Kentucky 42301
                      Phone: (270)689-2424
                      Fax: (270)689-2420

CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Citizens National Bank,** c/o John S. Gillum

      I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

**Estate of Sue C. Meadows**
c/o Billy King
802 Meadows Grove Road
Strunk, Kentucky 42649

**Benny King**
53 Donald E. King Road
Pine Knot, Kentucky 42635

**Kenny King**
428 Carson Road
Helenwood, Tennessee 37755

**Kyle King**
2682 Lee Ann Drive
Marietta, Georgia 30066

**Rodney King**
2179 Wood Glen Lane
Marietta, Georgia 30067

**Tony King**
5532 Magnolia Way
Buford, Georgia 30518

**Shelba Meadows**
4928 Glaze Drive
Atlanta, Georgia 30360

**Jennifer Morgan**
5119 Oak Branch Lane
Acworth, Georgia 30102

**Melba Privett**
1277 Meadows Grove Road
Strunk, Kentucky 42649

**Lisa Reagan**
7169 Brimstone Road
Robbins, Tennessee 37852

**Billy King**
802 Meadows Grove Road
Strunk, Kentucky 42649

**McCreary County Courthouse
and Public Square Corp.**
P.O. Box 579
Whitley City, Kentucky 42653

/s/ Lauren B. Durham
Lauren B. Durham
Foreman Watson Holtrey, LLP
Attorney for Plaintiff