**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:16-cv-00193-DLB**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**

**ESTATE OF SUE C. MEADOWS, et al.**                                                  **DEFENDANTS**

## ORDER

This matter having come before the Court upon the motion of the Plaintiff, United States of America, for leave to file an Amended Complaint, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion for Leave to File an Amended Complaint is **SUSTAINED**.  The Amended Complaint shall be deemed filed as of the date of this Order.

Date: _____                              _____
                                                                       **Hon. David L. Bunning**
                                                                       UNITED STATES DISTRICT JUDGE
                                                                       EASTERN DISTRICT OF KENTUCKY

DISTRIBUTION:
ECF Notification to Plaintiff's Attorney
Defendants

Prepared By:

/s/ Lauren B. Durham
Attorney for Plaintiff
Foreman Watson Holtrey, LLP
530 Frederica Street
Owensboro, Kentucky 42301
(270)689-2424